UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA H., <br>       Plaintiff, <br>    v. <br> MARTIN O'MALLEY, et al., <br>       Defendants. | Case No. 23-cv-04225-SI <br><br> **JUDGMENT** |

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this matter for further administrative proceedings. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 18, 2024

_____
SUSAN ILLSTON
United States District Judge